IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Vickie L. Pratt <br><br> _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ <br><br> -against- <br><br> United Parcel Service, Inc. <br><br> _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | **Complaint for Employment Discrimination** <br><br> Case No. 3:25-cv-10480-JFA-SVH <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial:   X Yes   ☐ No <br> _(check one)_ <br><br> RCV'D - USDC COLA SC <br> AUG 12 '25 PM 2:23 |

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Vickie L. Pratt |
| Street Address | 4116 Grand Street |
| City and County | Columbia, Richland |
| State and Zip Code | South Carolina 29203 |
| Telephone Number | 803-873-4530 |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United Parcel Service, Inc. |
| Job or Title (if known) | |
| Street Address | 124 Creekside Road |
| City and County | West Columbia, Richland |
| State and Zip Code | South Carolina 29172 |
| Telephone Number | 803-822-8219 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |

2

|  |  |
|---|---|
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

|  |  |
|---|---|
| Name | United Parcel Service, Inc. |
| Street Address | 124 Creekside Road |
| City and County | West Columbia, Richland |
| State and Zip Code | South Carolina 29172 |
| Telephone Number | 803-822-8219 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

X     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

X     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:
_____

☐   Relevant city or county law *(specify, if known)*:
_____

## III.   Statement of Claim

United Parcel Service, Inc. discriminated against the plaintiff on the bases of race – African American, and sex – Female, in violation of Title VII of the Civil Rights Act of 1964, as amended, and based on age, in violation of the Age Discrimination in Employment Act of 1967, as amended. Also, in retaliation for the plaintiff questioning the hub division manager and hub sort manager for being taken out of service on March 21, 2022, without due process. The plaintiff was harassed, targeted and subjected to unfair treatment of gaslighting by being taunted for good performance and being told it was poor, and being forced and coerced into completing write-ups for audits that passed with a quality score above the required 96. For example, on the air audit conducted on April 29, 2022, the plaintiff scored 99.8; however, the plaintiff was forced and coerced into completing a write-up. On September 14, 2022, the plaintiff's employment was wrongfully terminated by the Hub Division Manager and Hub Sort Manager without a performance improvement plan, development plan, justification, nor due process; causing unequal terms and conditions of employment, whereas other hub supervisors of a different race and sex, with similar job duties, and less than perfect performance received preferential treatment of being moved to perform duties to other areas of the facility, or transferred to other hubs.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.
X   Termination of my employment.
☐   Failure to promote me.
☐   Failure to accommodate my disability.
X   Unequal terms and conditions of my employment.
X   Retaliation.
X   Other acts *(specify)*:   Harassment and gaslighting

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

4

    From August 2020 through September 14, 2022

C. I believe that defendant(s) *(check one)*:

    ☐ is/are still committing these acts against me.
    X is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    X race    African American
    ☐ color
    X gender/sex    Female
    ☐ religion
    ☐ national origin
    X age. My year of birth is 1967. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
    ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

1. Unequal terms and conditions of employment

During my employment as a hub supervisor from August 2020 until September 14, 2022, I was subjected to discrimination and unfair treatment by the hub division manager and hub sort manager by not providing sufficient staffing and training to perform my duties effectively and forcing and coercing me to complete write-ups and gaslighting this unfair treatment into a wrongful termination. Whereas other non-African American, male hub supervisors with similar job duties and less favorable performances were moved to other areas of the facility or transferred to other hubs and remained employed with UPS.

2. Retaliation, Harassment and Gaslighting

On March 21, 2022, I was harassed and removed from service by the hub sort manager without justification or due process. Several times during that conversation that day I was told by the hub sort manager that he maintained a list of duties that I did not complete. When I asked for clarification on that list of items, he was not prepared to share that list with me. I followed up this conversation with an email requesting to meet with the hub division manager and the hub sort manager upon my return on March 22, 2022, for further

5

clarification on this list of items. During that meeting I requested clarification on that list and was told by the Hub sort manager that there was no list. Instead, I was retaliated against by the hub division manager who gave me extra tasks to complete and forced and coerced me into write-up to commit to these tasks. In June 2022, we received a regional air audit during which we received a perfect score. Approximately two weeks after, the security staff came to air recovery for a walkthrough (not an audit) and reviewed the air recovery application files. On August 25, 2022, during the week I was on vacation, an air audit was conducted by the security staff with a failing score of 93. Another hub supervisor whose air certification had expired was allowed to oversee air recovery that day. There were several findings to include unauthorized access to air recovery files and ID badges, as well as the very same air application files that had just got a perfect score on the regional audit and the security walkthrough in June, were deemed not valid. Upon my return, I was forced and coerced into completing a write-up for this failed audit.

3. Termination of Employment

On August 31, 2022, I was removed from air recovery but was told that I continue to work on obtaining applications for additional staff certifications. On September 1, 2022, the hub sort manager, another hub supervisor and I met with security regarding several air staff who were no longer certified to work air recovery. However, the security supervisor insisted that these employees' certifications were good, and they can work in air recovery. These employees included a part-time supervisor that had left the company and returned, and the hub sort manager. On September 1, 2022, the part-time supervisor, the hub sort manager and the hub division manager all worked on the air belts. On September 7, 2022, when I brought this to the attention of the security supervisor, she stated that she did not say they were allowed to work on the air belts. However, she continued to insist that the part-time supervisor's certification was good although he left the company and returned. Additionally, I asked for clarification on the hub division manager's application status and was told that his application had been received, but that his air training was not complete. Which means that the hub division manager was not certified on September 1, 2022, to work in air recovery. On September 12, 2022, I received an email from the security supervisor stating that the part-time supervisor's certification was not valid because he left the company, and that an application will need to be submitted. In retaliation to my email regarding the hub division manager's air certification, on September 14, 2022, my employment was terminated.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

    A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    March 9, 2023

    B.   The Equal Employment Opportunity Commission *(check one)*:

        ☐   has not issued a Notice of Right to Sue letter.

        X   issued a Notice of Right to Sue letter, which I received on *(date)*
        May 14, 2025

        *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.   Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        X   60 days or more have elapsed.
        ☐   less than 60 days have elapsed.

V. **Relief**

WHEREFORE, the plaintiff requests:

Compensatory and economic damages to include back pay from the date of termination, September 14, 2022, including benefits, unused leave and MIP never received; forward annual pay of $85,000 plus annual increases that include MIP up to the year of plaintiff's planned retirement age of 70, totaling $1,325,000. As well as punitive damages in the amount $500,000 for unjust discrimination, harassment, retaliation, unfair treatment and wrongful termination that affected my financial stability, health, retirement and reputation. Any further relief which the court may deem appropriate.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an

7

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        August 12, 2025.

Signature of Plaintiff    *[signature: Vickie's Pratt]*
Printed Name of Plaintiff    Vickie L. Pratt

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
Telephone Number    _____
E-mail Address    _____