IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Vickie L. Pratt,<br><br>                          Plaintiff,<br><br>v.<br><br>United Parcel Service, Inc.,<br><br>                          Defendant. | C/A No. 3:25-cv-10480-JFA-TER<br><br><br>**ORDER** |

Plaintiff Vickie Pratt, proceeding pro se, filed this employment discrimination case. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

On February 17, 2026, Defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). After receiving full briefing on the motion the Magistrate Judge prepared a thorough Report and Recommendation[1] ("Report"). (ECF No. 34). Within the Report, the Magistrate Judge opines that the motion should be granted in part and denied in part. *Id.* The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

Both parties were advised of their right to object to the Report, which was entered on the docket on April 13, 2026. *Id.* The Magistrate Judge required any objection to be filed by April 27, 2026. *Id.* Neither party filed objections. Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.).  The Magistrate Judge makes only a recommendation to this Court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976).

1

Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, both parties failed to raise any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report and prior orders indicates that the Magistrate Judge correctly concluded that Defendant's motion should be granted in part and denied in part.

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 34). Therefore, Defendant's motion to dismiss (ECF No. 23) is granted as to any claims asserted by Plaintiff occurring before March 19, 2022, and denied as to Plaintiff's other claims. This matter is recommitted back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

June 5, 2026                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge